IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-00475-CV-W-DW |
| | ) | |
| GENERAL MOTORS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Parties' Joint Stipulation for Voluntary Dismissal Without Prejudice (Doc. 29). Accordingly, this action is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs. The Clerk of Court shall terminate any pending motions, and shall then mark this case as closed.

IT IS SO ORDERED.


Date: September 26, 2017        /s/ Gary A. Fenner for
                                Dean Whipple
                                United States District Judge